UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRESSA Y. DOUCET, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 15-cv-2115-B-BN |
| | § | |
| NANCY A. BERRYHILL., | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 23, 2017, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Plaintiff's counsel Ronald D. Honig's Petition to Obtain Approval of a Fee for Representing a Social Security Claimant is GRANTED. Ms. Honig is awarded $14,885.50 in attorneys' fees to be certified for payment out of Plaintiff Tressa Y. Doucet's past-due benefits pursuant to 42 U.S.C. § 406(b), and the Acting Commissioner is ordered to release such amount as and for an attorneys' fee to Plaintiff's counsel Ronald D. Honig.

**SO ORDERED** this 28th day of November, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE